No. 371. CROWN COAT FRONT CO., INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Edwin J. McDermott* for petitioner. *Solicitor General Marshall* for the United States.

No. 391. STATE FARM FIRE & CASUALTY CO. ET AL. *v.* TASHIRE ET AL. C. A. 9th Cir. Certiorari granted. *John Gordon Gearin* for petitioners.

No. 37. CURTIS PUBLISHING CO. *v.* BUTTS. C. A. 5th Cir. Certiorari granted. One and one-half hours allotted for oral argument and case set for oral argument immediately following No. 150. *Herbert Wechsler* and *Philip H. Strubing* for petitioner. *William H. Schroder and Robert S. Sams* for respondent.

No. 206. HOUSTON INSULATION CONTRACTORS ASSOCIATION *v.* NATIONAL LABOR RELATIONS BOARD; and
No. 413. NATIONAL LABOR RELATIONS BOARD *v.* HOUSTON INSULATION CONTRACTORS ASSOCIATION. C. A. 5th Cir. Certiorari granted and cases set for oral argument immediately following Nos. 110 and 111. Cases consolidated and a total of one hour allotted for oral argument. *W. D. Deakins, Jr.,* for petitioner in No. 206 and for respondent in No. 413. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner in No. 413 and for respondent in No. 206. Reported below: 357 F. 2d 182.

No. 334. UNITED STATES *v.* WADE. C. A. 5th Cir. Certiorari granted and case set for oral argument immediately following No. 223. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.